IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAZ, | 1:06-cv-01817-LJO-SMS (PC) |
|     Plaintiff, | ORDER FOR PLAINTIFF TO FILE A RESPONSE REGARDING THE MOTION FOR EXTENSION OF TIME FILED ON NOVEMBER 20, 2008 |
|     vs. | |
| STOCKBRIDGE, et al., | (DOCUMENT #12) |
|     Defendants. | THIRTY DAY DEADLINE |
| _____/ | |

       Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 20, 2008, the court received a motion for the court to grant plaintiff an extension of time to file an amended complaint, pursuant to the court's order of October 21, 2008.  (Doc. 12.)  The motion was filed and signed using the name Lofofora Eva Contrarez.  The court's record shows plaintiff's name as Michael Contreraz, and plaintiff was identified as Michael Contreraz by the California Department of Corrections on plaintiff's trust account statement filed February 20, 2007.  (Doc. 6.)  With few exceptions, the court does not accept filings in an action from a nonparty to the action.  Therefore, plaintiff must notify the court in writing of his knowledge about the name Lofofora Eva Contreraz and whether the motion for extension of time of November 20, 2008 should be accepted by the court in this action.

1  Good cause having been presented to the court and GOOD CAUSE APPEARING
2  THEREFOR, IT IS HEREBY ORDERED that:
3       1.   Within thirty days of the date of service of this order, plaintiff must notify the
4            court in writing of his knowledge about the name Lofofora Eva Contreraz and
5            whether the motion for extension of time filed November 20, 2008 should be
6            accepted by the court in this action; and
7       2.   Failure to comply with this order shall result in a recommendation that this
8            action be dismissed.
9  IT IS SO ORDERED.
10 Dated:   **November 25, 2008**           **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE