IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAZ<br>aka LOFOFORA EVA CONTRERAZ,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>STOCKBRIDGE, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:06-cv-01817-LJO-SMS (PC)<br><br>ORDER GRANTING MOTION<br>TO EXTEND TIME TO FILE AMENDED<br>COMPLAINT<br><br>(DOCUMENT #12)<br><br>THIRTY DAY DEADLINE |

　　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On November 20, 2008, plaintiff filed a motion to extend time to file an amended complaint.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended complaint, pursuant to the court's order of October 21, 2008.

IT IS SO ORDERED.

**Dated:　　January 8, 2009**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE