# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAS aka LOFOFORA EVA CONTRERAS,<br><br>Plaintiff,<br><br>v.<br><br>STOCKBRIDGE, et al.,<br><br>Defendants. | CASE NO. 1:06-cv-01817-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF FIRST AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 17) |

Michael Contreras AKA Lofofora Eva Contreras ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on December 14, 2006. (Doc. 1.) The Court screened Plaintiff's Complaint and dismissed it with leave to amend. (Doc. 11.) On February 3, 2009, Plaintiff filed the First Amended Complaint. (Doc. 17.)

The Court screened the First Amended Complaint pursuant to 28 U.S.C. § 1915A and finds that it states cognizable claims for relief under section 1983 as follows: against defendants Correctional Officers Davis, Carlos, and Stockbridge for use of excessive physical force, in violation of the Eighth Amendment; and against defendants Sergeant Franco and Lieutenant Rodriguez for being present, and failing to prevent Correctional Officers Davis, Carlos, and Stockbridge from using excessive physical force on Plaintiff in violation of the Eighth Amendment. Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003);

Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

   C/O DAVIS

   C/O CARLOS

   C/ O STOCKBRIDGE

   SGT. FRANCO

   LT. RODRIGUEZ

2. The Clerk of the Court shall send Plaintiff five (5) USM-285 forms, five (5) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the First Amended Complaint filed October 21, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Six (6) copies of the endorsed First Amended Complaint filed October 21, 2008.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated:   May 7, 2009**          /s/ Sandra M. Snyder
                                          UNITED STATES MAGISTRATE JUDGE