IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAZ aka LOFOFORA EVA CONTRERAZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>STOCKBRIDGE, et al.,<br><br>    Defendants.<br>_____/ | 1:06-cv-01817-LJO-SMS-PC<br><br>ORDER REQUIRING DEFENDANT RODRIGUEZ TO FILE A RESPONSE TO THE MARSHAL'S REQUEST FOR REIMBURSEMENT OF COSTS OF SERVICE<br><br>TWENTY DAY DEADLINE |

## I. BACKGROUND

Plaintiff, Michael Contreraz aka Lofofora Eva Contreraz ("Plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on December 14, 2006. (Doc. 1.) On February 3, 2009, Plaintiff filed the First Amended Complaint. (Doc. 17.) On May 8, 2009, the Court issued an order for this action to proceed on the First Amended Complaint against defendants Correctional Officer ("C/O") Davis, C/O Carlos, C/O Stockbridge, Sergeant Franco and Lieutenant Rodriguez. (Doc. 18.) On June 1, 2009, the court ordered the United States Marshal ("Marshal") to serve process upon the defendants in this action. (Doc. 20.) On December 31, 2009, the Marshal filed a USM-285 form indicating that on November 20, 2009, personal service was executed upon defendant Lieutenant Rodriguez ("Defendant"). On December 31, 2009, the Marshal filed a request for a court order requiring Defendant to reimburse the costs incurred by the Marshal for personal service ("Marshal's Request"), pursuant to

Rule 4(d)(2) of the Federal Rules of Civil Procedure. (Doc. 34.)  Defendant Rodriguez has not filed an opposition.

**II.     DISCUSSION**

Rule 4(d)(2) of the Federal Rules of Civil Procedure provides in part:

> An individual, corporation, or association that is subject to service under subdivision (e), (f), or (h) and that receives notice of an action in the manner provided in this paragraph has a duty to avoid unnecessary costs of serving the summons . . . .
>
> If a defendant located within the United States fails to comply with a request for waiver made by a plaintiff located within the United States, the court shall impose the costs subsequently incurred in effecting service on the defendant unless good cause for the failure be shown.

Fed. R. Civ. P. 4(d)(2).

The Marshal requests the court to impose costs on defendant Rodriguez for his failure to avoid unnecessary costs. On December 31, 2009, the Marshal filed a USM-285 form indicating that a waiver of service form was mailed to Defendant on June 18, 2009, and no response was received. (Doc. 34.) Personal service was executed on Defendant on November 20, 2009, with costs of $171.60. Id.

Given that the Marshal's Request was submitted in the form of a memorandum and may not have been recognized as a request for the court to impose costs, Defendant Rodriguez shall be granted an opportunity at this time to file a response to the Marshal's Request.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty days from the date of service of this order, Defendant Rodriguez shall file a written response to the Marshal's Request, filed on December 31, 2009; and
2. Defendant's failure to comply with this order shall result in an order requiring Defendant Rodriguez to reimburse the Marshal for costs of personal service.

IT IS SO ORDERED.

**Dated:**     February 4, 2010                           /s/ Sandra M. Snyder
                                                                     UNITED STATES MAGISTRATE JUDGE