# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAZ,<br><br>        Plaintiff,<br><br>    v.<br><br>J. STOCKBRIDGE, et al.,<br><br>        Defendants.<br>                                      / | CASE NO. 1:06-cv-01817-LJO-SMS PC<br><br>ORDER VACATING DEFENDANTS' MOTION TO DISMISS FROM COURT'S CALENDAR PENDING OBJECTION DEADLINE<br><br>(Doc. 22) |

On August 17, 2009, Defendants Rodriguez and Cota filed a motion to dismiss, and the Magistrate Judge recommended the motion be granted on February 4, 2010. Due to Plaintiff's inability to complete and file objections, resolved in a separate order, the Court cannot yet rule on the motion. Therefore, in light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendants' motion to dismiss is DEEMED VACATED from the Court's calendar until (1) Plaintiff files his objections and Defendants' response, if any, is timely filed, or (2) the sixty-day objection period expires without receipt of objections.[1]

IT IS SO ORDERED.

Dated:     September 2, 2010                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

---

[1] The Court's action is purely administrative and the parties need take no further action. Once the objection period is closed, the Court will issue its ruling on the motion to dismiss.