# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAZ aka LOFOFORA EVA CONTRERAZ,<br><br>Plaintiff,<br><br>v.<br><br>J. STOCKBRIDGE, et al.,<br><br>Defendants. | CASE NO. 1:06-cv-01817-LJO-SMS PC<br><br>ORDER REQUIRING DEFENDANTS' COUNSEL TO RESPOND TO PLAINTIFF'S MOTION<br><br>(Doc. 53)<br><br>THIRTY-DAY DEADLINE |

    Plaintiff Michael Contreraz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 14, 2006. Still pending consideration by the Honorable Lawrence J. O'Neill is the undersigned's recommendation that Defendants' motion to dismiss this action based on Plaintiff's failure to exhaust be granted, filed February 4, 2010. 42 U.S.C. § 1997e(a); Fed. R. Civ. P. 12(b). To date, Plaintiff has not filed objections, allegedly because he is unable to access the legal material and resources necessary to do so.

    On September 3, 2010, the Court issued an order granting Plaintiff's motion seeking access to his legal material in part; requesting that the Litigation Office (1) investigate Plaintiff's ability to access his legal material and to utilize the legal resources provided by the prison, and (2) facilitate Plaintiff's access to his legal material and available legal resources to the limited extent necessary for Plaintiff to complete and file his objections; and extending the deadline to file objections sixty days to allow the Litigation Office time to investigate and to allow Plaintiff to thereafter complete

and file his objections. A courtesy copy of the order was served on the Litigation Office at California Substance Abuse Treatment Facility and State Prison in Corcoran. On November 18, 2010, Plaintiff filed another motion seeking access to legal material, and attested that no action was taken by the prison in response to the Court's order.

Accordingly, it is HEREBY ORDERED that:

1. Defendants' counsel shall file a response to Plaintiff's motion within **thirty (30) days**; and

2. In responding to Plaintiff's motion in compliance with this order, counsel shall contact the Litigation Office at CSATF to ascertain the status of the Court's request in this matter, and counsel shall include a supporting declaration explaining the result of his investigation.[1]

IT IS SO ORDERED.

**Dated:     November 23, 2010**                      /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The declaration may be counsel's or that of a prison official with relevant knowledge.