# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAZ,<br><br>    Plaintiff,<br><br>    v.<br><br>J. STOCKBRIDGE, et al.,<br><br>    Defendants. | CASE NO. 1:06-cv-01817-LJO-SKO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL PLEADING<br><br>(Doc. 63) |

    Plaintiff Michael Contreraz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 14, 2006. Pursuant to the Court's order of May 8, 2009, this action is proceeding on Plaintiff's amended complaint, filed October 21, 2008, against Defendants Stockbridge, Rodriguez, Franco, Davis, and Carlos for violation of the Eighth Amendment. On April 22, 2011, Plaintiff filed a one sentence motion seeking leave to file a supplemental pleading. Fed. R. Civ. P. 15(d).

    Rule 15(d) provides that "[o]n motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d). However, a motion seeking relief from the Court must "state with particularity the grounds for seeking the order." Fed. R. Civ. P. 7(b)(1)(B).

///
///
///

1

1  Plaintiff's bare request sets forth no supporting grounds and the motion is therefore DENIED.

4  IT IS SO ORDERED.

5  **Dated:   April 26, 2011**                                   /s/ Sheila K. Oberto
                                                                           UNITED STATES MAGISTRATE JUDGE