# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL CONTRERAZ,                              CASE NO. 1:06-cv-01817-LJO-SKO PC

                 Plaintiff,       ORDER DENYING MOTION FOR
                                          EXTENSION OF TIME AND DIRECTING
     v.                                     CLERK'S OFFICE TO RE-SERVE ORDERS

J. STOCKBRIDGE, et al.,                         (Docs. 67-69)

                Defendants.
_____/

On July 8, 2011, Plaintiff Michael Contreraz, a state prisoner proceeding pro se and in forma pauperis, filed a motion seeking an extension of time and a notice of change of address. At this juncture, there is nothing required of Plaintiff and his motion for an extension of time is HEREBY DENIED as premature.

In light of Plaintiff's address change, the Clerk's Office shall re-serve court orders 67 and 68.

IT IS SO ORDERED.

**Dated:    July 11, 2011           **          **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE