# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAZ,<br><br>                    Plaintiff,<br><br>        v.<br><br>J. STOCKBRIDGE, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO. 1:06-cv-01817-LJO-SKO PC<br><br>ORDER STRIKING PLAINTIFF'S SETTLEMENT PROPOSAL<br><br>(Doc. 81) |

On September 22, 2011, Plaintiff Michael Contreraz, a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983, filed a settlement proposal. Preliminary settlement negotiations or requests to engage in settlement negotiations, such as this, are to be conducted between the parties. The Court will schedule a settlement conference if both Plaintiff and Defendants believe one will be beneficial, but until that time, any attempt by Plaintiff to engage in settlement negotiations must be directed to Defendants and should not be filed in this case.

Accordingly, Plaintiff's settlement proposal is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   September 27, 2011**                    /s/ Sheila K. Oberto
                                                                UNITED STATES MAGISTRATE JUDGE

1