# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAZ,<br><br>            Plaintiff,<br><br>   v.<br><br>J. STOCKBRIDGE, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:06-cv-01817-LJO-SKO PC<br><br>ORDER REQUIRING DEFENDANT CAROLS TO RESPOND TO AMENDED COMPLAINT<br><br>(Doc. 80)<br><br>TEN-DAY DEADLINE |

Plaintiff Michael Contreraz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 14, 2006. This action is proceeding on Plaintiff's amended complaint, filed on February 3, 2009, against Defendants Stockbridge, Rodriguez, Franco, Davis, and Carlos.[1] Defendant Carlos waived service of the summons and amended complaint and his response was due on or before September 22, 2011.

Accordingly, Defendant Carlos shall file a response within **ten (10) days** from the date of service of this order or default will be entered against him.

IT IS SO ORDERED.

Dated:   September 27, 2011                    /s/ Sheila K. Oberto
                                               UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Stockbridge is also known as Defendant Cota, and she along with Defendants Rodriguez and Franco have answered the amended complaint. Service was returned un-executed as to Defendant Davis, however. The Court will determine the appropriate course of action regarding Defendant Davis and it will issue a separate order in due course.