# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAZ, | CASE NO. 1:06-cv-01817-LJO-SKO PC |
| Plaintiff, | ORDER EXTENDING APPLICATION OF DISCOVERY AND SCHEDULING ORDER TO DEFENDANT CARLOS |
| v. | |
| J. STOCKBRIDGE, et al., | (Docs. 75 and 86) |
| Defendants. / | |

On September 30, 2011, Defendant Carlos answered Plaintiff's amended complaint. Accordingly, application of the discovery and scheduling order filed on August 8, 2011, is HEREBY EXTENDED to Defendant Carlos.

IT IS SO ORDERED.

**Dated: October 3, 2011**              /s/ **Sheila K. Oberto**
                              UNITED STATES MAGISTRATE JUDGE