1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8

| | |
|---|---|
| MICHAEL CONTRERAZ, | CASE NO. 1:06-cv-01817-LJO-SKO PC |
| Plaintiff, | ORDER GRANTING DEFENDANTS' REQUEST FOR LEAVE TO DEPOSE PLAINTIFF BY VIDEOCONFERENCE |
| v. | |
| J. STOCKBRIDGE, et al., | (Doc. 105) |
| Defendants. | |

_____/

9
10
11
12
13
14

    Plaintiff Michael Contreraz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 14, 2006.  This action is currently in the discovery phase, and on May 21, 2012, Defendants filed a motion seeking leave to depose Plaintiff by videoconference.[1]  Fed. R. Civ. P. 30(b)(4).

    Good cause having been shown, Defendants' motion is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:    July 11, 2012                                  /s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE

15
16
17
18
19
20
21
22
23
24
25
26
27
28

_____

    [1] In a separate order issued concurrently with this order, the Court extended the discovery deadline to October 3, 2012.