# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAZ, | CASE NO. 1:06-cv-01817-LJO-SKO PC |
| Plaintiff, | ORDER DISMISSING DEFENDANT DAVIS FROM ACTION PURSUANT TO RULE 4(M) |
| v. | |
| J. STOCKBRIDGE, et al., | (Docs. 93, 99, and 104) |
| Defendants. | |

Plaintiff Michael Contreraz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 14, 2006. This action is proceeding on Plaintiff's amended complaint, filed on February 3, 2009, against Defendants Stockbridge-Cota,[1] Rodriguez, Franco, Davis, and Carlos for violation of the Eighth Amendment of the United States Constitution.

Rule 4(m) of the Federal Rules of Civil Procedure provides that

> [i]f a defendant is not served within 120 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

On February 7, 2012, the Magistrate Judge ordered Plaintiff to show cause within thirty days why Defendant Davis should not be dismissed from this action. (Docs. 76, 93.) On March 16, 2012,

---

[1] Identified as Stockbridge in the amended complaint.

1

1  and again on May 1, 2012, the Magistrate Judge granted Plaintiff thirty-day extensions of time to file
2  a response. (Docs. 99, 104.) Substantially more than thirty days have passed since the last extension
3  was granted and no response has been filed.
4        The United States Marshal was unable to locate and serve Defendant Davis based on the
5  information provided by Plaintiff, and Plaintiff has not shown good cause why Defendant Davis
6  should not be dismissed. (Docs. 76, 93.) Accordingly, Defendant Davis is HEREBY DISMISSED
7  from this action pursuant to Rule 4(m).

10  IT IS SO ORDERED.
11  **Dated:   July 11, 2012**                     /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE