# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CONTRERAZ, | CASE NO. 1:06-cv-01817-LJO-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER REVOKING IFP STATUS |
| v. | |
| J. STOCKBRIDGE, et al., | (Doc. 114) |
| Defendants. | TWENTY-ONE DAY DEADLINE |

Plaintiff Michael Contreraz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 14, 2006.  This action is proceeding on Plaintiff's amended complaint, filed on February 3, 2009, against Defendants Stockbridge-Cota,[1] Rodriguez, Franco, Davis, and Carlos for violation of the Eighth Amendment of the United States Constitution.  On December 11, 2012, Defendants filed a motion for an order revoking Plaintiff's in forma pauperis status.  28 U.S.C. § 1915(g).

Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to the motion within **twenty-one (21) days** from the date of service of this order.  Local Rule 230(l). **Plaintiff is warned that the failure to comply with this order will result in dismissal of the action, with prejudice, for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated:   January 15, 2013                    /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE

---

[1] Identified as Stockbridge in the amended complaint.

1