# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL CONTRERAZ, | CASE NO. 1:06-cv-01817-LJO-SKO PC |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR RETURN OF FILING FEE PAID TO DATE AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE BALANCE |
| v. | |
| J. STOCKBRIDGE, et al., | |
| Defendants. | (Docs. 121 and 122) |

Plaintiff Michael Contreraz, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 14, 2006. On April 22, 2013, the Court issued an order revoking Plaintiff's in forma pauperis status and requiring him to pay the filing fee balance of $261.21 within twenty days. 28 U.S.C. 1915(g). The filing fee balance was due on or before May 16, 2013, and Plaintiff has not complied with or otherwise responded to the order. Therefore, this action shall be dismissed.

Also pending before the Court is Plaintiff's motion seeking the return of the balance paid to date, $88.79. Plaintiff's motion is denied. The filing fee is due upon the filing of an action. 28 U.S.C. § 1914(a); Fed. R. Civ. P. 3. Plaintiff was not entitled to proceed in forma pauperis when he commenced this action and having filed the action, he owes the filing fee and is not entitled to a refund.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's motion for the return of the filing fee portion paid to date, filed on April 19, 2013, is DENIED;

1     2.     This action is DISMISSED, without prejudice, for failure to pay the filing fee
2            balance; and
3     3.     The Clerk of the Court shall enter judgment.

IT IS SO ORDERED.

**Dated:**   **May 30, 2013**         /s/ **Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE